**Opinion issued March 12, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-20-00015-CV

———————————

## IN RE PARTNER INDUSTRIAL COATINGS LP, PARTNER INDUSTRIAL LP, TODD BROCK, BLAINE BOUDREAUX, BRENDAN BOUDREAUX, STEPHANIE BUTLER, JOSE "SHORTY" MANDUJANO AND KARI SJOLANDER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, In re Partner Industrial Coatings LP, Partner Industrial LP, Todd Brock, Blaine Boudreaux, Brendan Boudreaux, Stephanie Butler, Jose "Shorty" Mandujano, and Kari Sjolander, filed a petition for writ of mandamus challenging the trial court's order signed November 12, 2019, denying motions to sever and

abate.[1] Relators and real parties in interest, Brock Holdings III, LLC and Custom Blast Services, Inc., have filed a joint motion to dismiss the proceeding as moot because the parties have reached a settlement.

We grant the motion and dismiss the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

---

[1] The underlying case is *Brock Holdings III, LLC, and Custom Blast Services, Inc. v. Partner Industrial, LP, Todd Brock, Partner Industrial Coatings, Blaine Boudreaux, Brendan Boudreaux, Stephanie Butler, Jose "Shorty" Mandujano, and Kari Sjolander*, cause number 2019-30612, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller, presiding.